Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Dareious Olandis McCrashey
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Lauderdale County Detention Center
Sgt Charles Woods
Sgt Billy Rishell
Lauderdale County Sheriff's Dept
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

Case No. 3:19-CV-16-LSC-SGC
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

- Name: Lauderdale County Sheriff's Dept.
- All other names by which you have been known: Darcious Clandus McCloskey
- ID Number: C26614
- Current Institution: Lauderdale Detention Center
- Address: 653 S. Seminary St
  Florence, AL 35630
  City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Lauderdale Detention Center County
- Job or Title (if known): Administration
- Shield Number: N/A
- Employer: Sheriff Dept
- Address: 653 S. Seminary
  Florence, AL 35630
  City / State / Zip Code

☐ Individual Capacity   ☒ Official Capacity

**Defendant No. 2**
- Name: Charles Woods
- Job or Title (if known): Sgt
- Shield Number: N/A
- Employer: Sheriff Dept
- Address: 653 S. Seminary St
  Florence, AL 35630
  City / State / Zip Code

☒ Individual Capacity   ☒ Official Capacity

2

IV Statement Of Claim

Dok
Dec 28 2018

(Defendant No. 1)

A. N/A

B. In the A/I Attourney Client Room, in front of a Camera, were Ms Taylor was watching.

C. September 2018 on a weekend around 11:00 Am.

D. In mid-September 2018 me and Mr. William S. Lanon were outside doing a small jobs. Inmate # 184075. Upon our return in to the building both of us were made to strip to bare in front of two deputies, plus another in full audience from the Video room. Stipulations call for shake down in when our appear Mr. Howard assured no police Trustee rootisword is tust. Grievance # 02900833, 028986123, 02898093 Nov 9 Time 1252

(M)

Defendant #2

) N/A

) ~~Charles Woods~~ (Dom)
LCDC Jail

) Mid-Steptember
I was serach on camra while a female officer watch on camra while another Inmate was presant Mr. Willian Lanon

)
In Mid-Steptember 2018 Me and Mr William Lanon were outside doing a small job. Upond are return to the building both of us were made to strip bare in front of Defendant 2 & Defendant 3 plus anothe depty Ms Taylor who was watching a full audience from the control video room. Stipulations call for shake down in and out of the facility but two grown men at on time was quite violating even our supeior Mr. Howard assured no malice. Trustee root word is trust no? Grievanc # 029008333, # 028986123 & 028984043

Defendant #3

A) N/A

B) LCDC Jail

C) Mid-September
I was search on camra while a female officer watch on camra while another Inmate was present Mr. William Lenon

D) In Mid-September 2018 Me and Mr. William Lenon were outside doing a small job upond are return into the building both of us was made to strip bare in front of Defendant 2 & 3 plus another officer Ms Taylor who was watching in full advance from the control v. do room Stipulations call for the shake down In & out of the facility but two grown in a room together was quite voluntary even when Mr Howard assured no Mallice. Trustee Root word is Trust no?
Grievance # 029008333, # 028986123 # 028984043

IV. Statement of Claim          Date
                                 Dec. 13, 2018

(Defendant 4)

(A) N/A

(B) LCDC Jail

(C) Oct. 15, 2018
I was sent down the hall to cell A-8 with out anything to sleep on or wash my body.

(D) Sgt Billy Risner sent me down the hall to A-8 with out a mat an I was told to get one from a Inmate that might have one cause they where out of mates in hygen stuff to give out

(V)

Defendant No. 3

Name: Billy Risner

Job or Title (if known): Sgt

Shield Number: N/A

Employer: Sheriff Dept

Address: 653 S. Seminary St, Florence, AL 35630

☒ Individual Capacity   ☒ Official Capacity

Defendant No. 4

Name: Lauderdale County Sheriff Dept

Job or Title (if known): N/A

Shield Number: N/A

Employer:

Address: 653 S. Seminary St, Florence, AL 35630

☐ Individual Capacity   ☒ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(D₀M) ~~Const~~ Civil Rights, 7 time arrest, Sexual Misconduct,

3

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    N/A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    See Attach page for all four defendants

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial Detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other _____
    *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    N/A    See Attach page

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

    See Attach page

4

# Basis for Jurisdictions.

**Defendants #1.**
D. Tha act under color by not training there Staff members how to porperly Serach Inmates under video while a female officer is present in the vidieo room. She smiled an winked at us.

**Defendants #2**
D. He act under color by knowingly Serach us on camra with a female officer in the camra video room after kitchen staff Mr. Howrad told the officer Woods to serach us in booking the approiate way.

**Defendant #3**
D. He act under color by knowingly Serach us on camra with a female officer in the camra video room after kitchen staff Mr. Howrad told them to serach us in book the approiate way.

Defendant #4

#4 They act under color by not training the Administration right to appropiately search in-mates & also to to the over crowed of the jail they had no mats for in-mates to sleep on in low Hyjin cause for brake out on my body that led for poor medical responds

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Attach page

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attach page.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail. 11/11/18
Defendant #1 & 4          Request # 0290966133
I've broke out in hives & back hurts sleeping on the floor. Dec 2, 2018

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Defendant #1 Cruel & Unusual Punishment, Pain & Suffering for the amount of $50,000.00

Defendant #2 Sexual Misconduct for the amount of $50,000.00

Defendant #3 Sexual Misconduct for the amount of $50,000.00

Defendant #4 Pain and Suffering and Cruel and Unusual Punishments for Amounts of $50,000.00

Total $200,000.00

5

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   ☒ Yes

   ☐ No

   If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

   _Lauderdale County Detention Center_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   ☒ Yes

   ☐ No

   ☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   ☐ Yes

   ☐ No

   ☒ Do not know

   If yes, which claim(s)?

   _____

   _____

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No  N/A

E. If you did file a grievance:

1. Where did you file the grievance?

   Lauderdale Detention Center tablets

2. What did you claim in your grievance?

   We were forced to strip naked in front of Mrs Taylor

3. What was the result, if any?

   See Grievance # 028986123

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I ask for a 1983 form and never recived one I had to ask some one from the outside to send me an form. I wrote grievance to the jail about on all. Grievance # 029007503, 02912898, 02909 7053, 02 9007503

7

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    Dain & Suffering, Uo Mat, All Things Are So Bad, Please Help

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

N/A

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __N/A__

   Defendant(s) __N/A__

2. Court *(if federal court, name the district; if state court, name the county and State)*
   __N/A__

3. Docket or index number __N/A__

4. Name of Judge assigned to your case __N/A__

5. Approximate date of filing lawsuit __N/A__

6. Is the case still pending?

   ☒ Yes   N/A
   ☐ No

   If no, give the approximate date of disposition. __N/A__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   __N/A__

9

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Dareious O. McCroskey
Prison Identification #: 328898
Prison Address: 653 S. Seminary St.
City: Florence   State: AL   Zip Code: 35630

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12-28-2018 (Date)

Signature of Plaintiff: Dareious O. McCroskey

10